## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 12-CR-30089-WDS** |
| | ) | |
| **SCOTT MEDFORD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM & ORDER</u>

**STIEHL, District Judge:**

Before the Court is defendant's second motion to continue (Doc. 22). The defendant seeks a continuance of the trial and final pre-trial dates on the grounds that additional time is necessary because defense the parties are in plea negotiations and additional time is required to finalize those negotiations. The government does not have any objections to the motion to continue.

Upon review of the record, the Court **FINDS** that it would be in the best interests of justice and the defendant to continue the final pretrial and trial in this matter. The Court **FURTHER FINDS** that additional time is reasonable and necessary to allow the defendant the opportunity to complete plea negotiations. 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i). The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance in this matter. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion for a continuance. This matter is **HEREBY** rescheduled for trial on Tuesday, September 25, 2012, at 9:00 a.m., and for a Final Pre-Trial Conference on September 10, 2012, at 2 p.m. All time between the filing of this motion

and the new trial date shall be excluded for speedy trial purposes.


**IT IS SO ORDERED.**

**DATE:   11 July, 2012**

/s/  **WILLIAM D. STIEHL**
     **DISTRICT JUDGE**